## 8525.   JOHNSON *v.* JOHNSON.

JENKINS, J.  1.  A decision on the first writ of error is binding as the law of the case on a second writ of error. *Gray* v. *Conyers*, 70 *Ga.* 349; *King* v. *Davidson*, 72 *Ga.* 192; *Saulsbury* v. *Iverson*, 73 *Ga.* 733; *Western & Atlantic R. Co.* v. *Third National Bank*, 125 *Ga.* 489 (54 S. E. 621); *Southern Bell Tel. Co.* v. *Glawson*, 140 *Ga.* 507 (79 S. E. 136).

2. The law of this particular case having been fixed and determined in its former adjudication by this court (*Johnson* v. *Johnson*, 14 *Ga. App.* 194, 80 S. E. 660), the overruling of the plaintiff's motion for a new trial was not erroneous.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*
DECIDED NOVEMBER 1, 1917.

Complaint; from city court of Baxley—Judge Sellers.  December 30, 1916.

*Padgett & Watson,* for plaintiff.  *W. W. Bennett,* for defendant.

---

## 8531.   PLANTERS FERTILIZER COMPANY *v.* SMITH.

LUKE, J.  1.  The making of an oral motion for a new trial in the municipal court of the city of Macon, as provided for by the act of 1913 (Georgia Laws, 1913, p. 252), is a cumulative remedy, and does not defeat the right of certiorari. *Johnson* v. *James*, 19 *Ga. App.* 118 (91 S. E. 220).

2. For none of the reasons assigned was it proper to dismiss the writ of certiorari without hearing the merits of the same as shown by the petition and the answer.

*Judgment reversed. Wade, C. J., and Jenkins, J., concur.*
DECIDED NOVEMBER 1, 1917.

Certiorari; from Bibb superior court—Judge Mathews.  February 9, 1917.

*Hardeman, Jones, Park & Johnston, Harry S. Strozier,* for plaintiff in error.  *Walter DeFore, James C. Estes,* contra.